UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA MADDY, et al.,<br><br>                Plaintiff,<br><br>    -against-<br><br>LAVISH LASHES, INC.,<br><br>                Defendant. | Case No: 1:22-cv-05831 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of Plaintiff's letter, dated October 25, 2022, filed in response to the Court's September 27, 2022 and October 19, 2022 Orders. ECF No. 8. Plaintiff indicates that she plans to move for a default judgment in light of Defendant's failure to appear or answer the Complaint timely. Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jennifer-l-rochon), **within thirty (30) days of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at RochonNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall electronically serve a copy of this Order on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: October 25, 2022
       New York, New York

                                                  *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge