

Nicole Vescova
77 Water Street, Suite 2100
New York, New York 10005
Nicole.Vescova@lewisbrisbois.com
Direct: 786.725.3263

January 30, 2023

File No. 53804.002

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Maddy v. Lavish Lashes, Inc.*, Case No. 1:22-cv-5831 (JLR)

> Defendant's request is GRANTED.  Defendant shall respond to the Amended Complaint no later than **February 16, 2023.**  In light of Plaintiff's filing of the Amended Complaint, IT IS FURTHER ORDERED that Defendant's motion to dismiss the original complaint (ECF No. 28) is DISMISSED as moot.
>
> Dated:  January 30, 2023
>        New York, New York
>
> SO ORDERED
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Dear Judge Rochon:

We represent Defendant Lavish Lashes, Inc. ("Defendant") in the above-referenced matter.

After Defendant filed a Motion to Dismiss the Complaint, on January 23, 2023, Plaintiff filed an Amended Complaint. Thus, Defendant's response to the Amended Complaint is due February 2, 2023. Defendant respectfully requests an extension of time to respond to the Amended Complaint, up to and including February 16, 2023. This time will permit the undersigned counsel to investigate the new allegations in the Amended Complaint and allow the parties to engage in settlement negotiations. Plaintiff has consented to this request.

This request is made in good faith and will not prejudice any party in this action. This is Defendant's first request for an extension of time to respond to the Amended Complaint. Granting this request will not affect any other court scheduled deadlines and will not prejudice any party to this action.

Thank you for Your Honor's consideration of this request.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4888-1058-6189.1

Honorable Jennifer L. Rochon
January 30, 2023
Page 2

                                                                         Respectfully,

                                                                         *Nicole Vescova*

                                                                         Nicole Vescova of
                                                                         LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: counsel for plaintiff (via ECF)