UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERONICA MADDY, on behalf of herself and all others similarly situated,

                Plaintiff,

  -against-

LAVISH LASHES INC.,

                Defendant,

---

Case 1:22-cv-5831

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims, is dismissed on the merits, with prejudice, and without costs to any party in this action. Each party will bear its own attorneys' fees.

Dated: March 10, 2023

| By: _____ | By: _____ |
|---|---|
| Mars Khaimov, Esq. | Zascha Abbott, Esq. |
| Mars Khaimov Law, PLLC | Lewis Brisbois LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 108-26 64th ave., Floor 2 | 2 Alhambra Plaza, Suite 1110 |
| Forest Hills, NY 11375 | Coral Gables, FL 33134 |
| T: 929-324-0717 | T: 786.725.3263 |
| mars@khaimovlaw.com | Zascha.Abbott@lewisbrisbois.com |

Dated: March 13, 2023
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge